# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIRK A. BOAND** | |
| Plaintiff, | No. 8:05-cv-00354-JFB |
| v. | ORDER |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time to file his brief (Docket No. 10). For good cause shown,

IT IS ORDERED:

1) Plaintiff shall file a brief no later than January 24, 2006;

2) Defendant shall respond within thirty (30) days thereafter.

DATED this 5th day of January, 2006.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Joseph F. Bataillon
                                              United States District Judge